No. 90–817. MICHIGAN v. NASH. Ct. App. Mich. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 90–1370. ROLFS, SUPERINTENDENT, TWIN RIVERS CORRECTIONS CENTER v. RUSSELL. C. A. 9th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 90–1730. SNOW, CHAIRMAN, GEORGIA STATE BOARD OF PARDONS AND PAROLES v. AKINS ET AL. C. A. 11th Cir. Motion of respondents for leave to proceed in forma pauperis granted. Certiorari denied.

No. 90–891. WHITE ET AL. v. DANIEL ET AL. C. A. 4th Cir. Motion of Lawyers' Committee for Civil Rights Under Law for leave to file a brief as amicus curiae granted. Motion of petitioners to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 90–1458. WILLIAMS COS., INC., ET AL. v. DIRECTOR OF REVENUE OF MISSOURI. Sup. Ct. Mo. Certiorari denied. JUSTICE WHITE would grant certiorari.